UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 92-290-Cr-Ryskamp

UNITED STATES OF AMERICA,

v.

DAVID MARTINEZ,

        Defendant.
_____/



FILED by _____ D.C.

AUG - 5 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### REPORT AND RECOMMENDATION

      The Defendant, DAVID MARTINEZ, appeared before the Court on August 5, 2013, represented by counsel, for a final hearing on violation of supervised release. The Defendant was originally convicted of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846. Upon this conviction, he was sentenced to 240 months in prison and 5 years of supervised release. After serving the prison portion of his sentence, the Defendant commenced his term of supervised release on October 28, 2009.

      The Defendant is now charged with violating his supervised release by attempting to possess with intent to distribute over 500 grams of cocaine on May 22, 2013, in violation of federal law. The Defendant is charged with the underlying drug offense by way of a single-count Information in related Case No. 13-80129-Cr-Hurley/Hopkins. He is scheduled to plead guilty to the Information later today.

      At the hearing, the Defendant admitted the violation and expressed his wish to proceed to sentencing as soon as possible. Pursuant to an Order of Transfer (DE 515), the sentencing in this matter shall proceed before U.S. District Judge Daniel T. K. Hurley in conjunction with

2

the new federal case. The Defendant has noted his intention to lodge factual objections at the sentencing relating to extenuation only, not as to his guilt or innocence.

Accordingly, the Court RECOMMENDS that the District Court accept the Defendant's voluntary admission and find the Defendant guilty of the alleged violation. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Daniel T. K. Hurley at the same time as the Defendant's sentencing in Case No. 13-80129-Cr-Hurley/Hopkins.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Kenneth L. Ryskamp, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 5th day of August, 2013.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

Copy to:
U.S. District Judge Daniel T. K. Hurley