## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 92-00290-CR-HURLEY

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**

**DAVID MARTINEZ,**
      **Defendant.**

-------------------------------------------/

### _ORDER ADOPTING REPORT AND_
### _RECOMMENDATIONS AND SETTING HEARING_

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 517], dated August 5, 2013. This cause was transferred to this division on July 31, 2013. For that reason, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, October 9, 2013,** at **1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of August, 2013.

**copy furnished:**
AUSA William T. Zloch
Stephen J. Golembe, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge